**No. 55619.**—Suey Chong & Co. *v.* United States, protest 985919–G (San Francisco).

Opinion by COLE, J. The protest was dismissed.

**No. 55620.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 58348–K/ 90300, etc. (Chicago).

Opinion by COLE, J. The protests were dismissed.

**No. 55621.**—Eastern Grocery Co. et al. *v.* United States, protests 99402–K (A), etc. (Los Angeles).

Opinion by COLE, J. The protests were dismissed.